IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> Kathryn Olivia Hamre, <br><br> Debtor. | Bankruptcy No. 14-13866-mdc <br><br> Chapter 13 <br><br> Doc. No. 7-1 and 10-1 and 11-1 and 17-1 and 19-1 |

### ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 7-1) and Proof of Claim (claim number 10-1) and Proof of Claim (claim number 11-1) and Proof of Claim (claim number 17-1) and Proof of Claim (claim number 19-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 7-1) and Proof of Claim (including attachments) (claim number 10-1) and Proof of Claim (including attachments) (claim number 11-1) and Proof of Claim (including attachments) (claim number 17-1) and Proof of Claim (including attachments) (claim number 19-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as claim number 7-1 on the Claims Register and Proof of Claim filed as claim number 10-1 on the Claims Register and Proof of Claim filed as claim number 11-1 on the Claims Register and Proof of Claim filed as claim number 17-1 on the Claims Register and Proof of Claim filed as claim number 19-1 on the Claims Register forthwith.

PNC Bank NA shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** June 18, 2019.

Dated: June 3, 2019

BY THE COURT:

*Magdeline D. Coleman*
_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE